62,844-03

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 14 2015

Abel Acosta, Clerk

CAUSE NO. 11-CR-1305-A
WR-62,844-02

ERIC CHRISTOPHER GONZALEZ
          Petitioner,

VS.

THE STATE OF TEXAS
          Respondent.

_____

IN THE COURT OF CRIMINAL APPEALS
AUSTIN TEXAS

_____

TO THE HONORABLE JUDGE OF SAID COURT:

ERIC CHRISTOPHER GONZALEZ, Petitioner herein, pro se, respect-
fully moves this Honorable Court of Criminal Appeals for leave to
file the attached Petition for Writ of Mandamus.

Signed on December 08,2015

Respectfully submitted

Eric Christopher Gonzalez
TDCJ#1863150
McConnell Unit
3001 S. Emily Dr.
Beeville, Texas 78102

i

CAUSE NO. 11-CR-1305-A
WR-62,844-02

IN THE COURT OF CRIMINAL APPEALS
OF TEXAS

ERIC CHRISTOPHER GONZALEZ
        Petitioner,

VS.

THE STATE OF TEXAS
        Respondent.

## Petition for Writ of Mandamus

TO THE HONORABLE JUDGE OF SAID COURT:

    Now comes, Eric Christopher Gonzalez, pro se, and herein known as the Petitioner, in the above styled and numbered cause, to request this Honorable Court grant this Petition for Writ of Mandamus, and would, in support thereof, show;

I.

That the Petitioner has attempted to exhaust all State Remedies by filing a Petition for Writ of Habeas Corpus on the day of Oct 05,2015, with the Trial Court in this cause, regarding the illegal detention of the petitioner.

II.

That effective this date, Dec 08,2015 has failed to obtain as ordered said affudavit of Defendant's trial counsel, the Honorable Dan Sanchez, Texas State Bar number 24004064——addressing defendant's claim of ineffective assistance of counsel as alleged in his application for writ of habeas corpus.

The Court further found that Counsel's affidavit should be filed within thirty (30) days from the signing of this order dated Nov 18th,2015.

Said Counsel has not been made to comply after he has failed to comply with the State's order.

III.

The Petitioner can not fully exhaust all State Remedies or be afforded a Meaningful First Round Of Appeals without said affidavit from Counsel as ordered by the Trial Court, and to show deficiency by a preponderance of the evidence that counsel's representation objectively fell below the standard of professional norms. See Mitchell, 68 S.W.3d at 642. Strickland, 466 U.S. at 694. "Applicant 'must show there is a reasonable probability that, but for his counsel's unprofessional errors, the result of the proceeding would have been different.'"Reasonable probability" is a "probability sufficient to undermine confidence in the outcome," meaning "counsel's errors were so serious as to deprive the defendant of a fair trial, a trial whose result is reliable." Id. at 687, 694; See also Mitchell, 68 S.W.3d at 644.

## Prayer

WHEREFORE, Petitioner prays that this Honorable Court issue writ of mandamus to the Defendant's, ordering and directing them to obtain the affidavit from Trial counsel as was defualted by said counsel on record, and before this Honorable Court reslove the Constitutionality of said claims.

## Certificate Of Service

I certify a coply of the foregoing Petition for Writ of Mandamus in Opposition to the State's denial of a meaningful discovery process by order of affidavit from trial counsel in (30) days has been mailed to 107th Judicial District Court of Cameron County, Texas, 974 E. Harrison St., Brownsville, Texas 78520. And to the Court of Criminal Appeals, Austin Texas, P.O.Box 12308, Capital Station, Austin, Texas 78711.

On December 8,2015.

Respectfully submitted,

Eric Christopher Gonzalez
TDCJ-McConnell Unit ID.No.#01863150
3001 S. Emily Dr.
Beeville, Texas 78102